9cv1198UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

HAROLD BURROUGHS, JR.,

        Plaintiff,

 -v-             9:09-CV-1198

AARON BEOJEKIAN, Former C.O. at Greene
County Jail; and DR. HUBICKI, Doctor at
Greene County Jail,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:        OF COUNSEL:

HAROLD BURROUGHS, JR.
Pro Se
08-A-4423
Clinton Correctional Facility
P.O. Box 2002
Dannemora, NY 12929

GOLDBERG SEGALLA LLP    JONATHAN M. BERNSTEIN, ESQ.
Attorneys for Defendant Hubicki   WILLIAM J. GREAGAN, ESQ.
8 Southwoods Boulevard
Suite 300
Albany, NY 12211

DAVID N. HURD
United States District Judge

## DECISION and ORDER

   Plaintiff brought this civil rights action pursuant to 42 U.S.C. § 1983.  On May 3,

2012, the Honorable Andrew T. Baxter, United States Magistrate Judge, advised, by Report-

Recommendation, that the complaint be dismissed as to defendant Beojekian; defendant

Hubicki's motion for summary judgment be granted; and plaintiff's motion to compel discovery be denied as moot. Plaintiff timely filed objections to the Report-Recommendation.

Based upon a de novo review, the Report-Recommendation is accepted in whole. See 28 U.S.C. 636(b)(1).

Therefore, it is

ORDERED that

1. The complaint is DISMISSED as to defendant Aaron Beojekian;

2. Defendant Dr. Hubicki's motion for summary judgment is GRANTED and the complaint is DISMISSED in its entirety; and

3. Plaintiff's motion to compel is DENIED as moot.

IT IS SO ORDERED.

United States District Judge

Dated: June 11, 2012
       Utica, New York.